IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ROBERT BLAKE,

            Plaintiff,

v.                                     CIVIL ACTION NO.   2:12-cv-00798

PAUL PERRY, et al.,

            Defendants.

**JUDGMENT ORDER**

In accordance with the Memorandum Opinion and Order entered this day, the Court **OVERRULES** Plaintiff's objections [ECF 15], **ADOPTS** the PF&R [ECF 14] to the extent it is consistent with the Memorandum Opinion and Order, **DISMISSES WITHOUT PREJUDICE** Plaintiff's Amended Complaint [ECF 7], and **DIRECTS** the Clerk to remove this case from the Docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 5, 2014

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE